# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:23-CR-0291-S |
| | § | |
| TIMOTHY HALL (1) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 4] to the United States Magistrate Judge to conduct a hearing on the alleged violations contained within and to make findings and a recommendation for modification, revocation, or termination of Defendant Timothy Hall's term of Supervised Release. *See* Order [ECF No. 11]. The Court has received the Report and Recommendation of the United States Magistrate Judge ("Recommendation") pursuant to its Order. *See* ECF No. 17. Defendant waived his right to object to the Recommendation. *See id.* The Court is of the opinion that the Recommendation is correct.

It is, therefore, **ORDERED** that the Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant continue with the terms of his Supervised Release, with no additional term of Supervised Release to follow.

**SO ORDERED.**

Signed July 18, 2024.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**